UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JULES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDRE BALAZS et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-09478-SB-MAR<br><br>ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY THE FILING FEE |

　　　　Plaintiff Adrian Jules, proceeding pro se, filed his complaint on November 9, 2023, along with a request to proceed in forma pauperis (IFP). Dkt. Nos. 1, 3. On November 21, the Court denied the IFP request and directed Plaintiff to pay the full filing fee of $402 within 30 days. Dkt. No. 8. The Court noted in the order that failure to comply with these instructions with 30 days will result in dismissal of the case without prejudice. *Id.* Plaintiff has not paid the fee, but has nevertheless continued to prosecute his case, filing a proof of service on December 20 and a first amended complaint on December 29. Dkt. Nos. 10, 11. Plaintiff is ordered to show cause by January 19, 2024, in writing, why his case should not be dismissed for lack of prosecution, or to pay the filing fee. Failure to do so will result in dismissal of this case without prejudice.

Date: January 5, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge