UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ADRIAN JULES,

      Plaintiff,

v.

ANDRE BALAZS et al.,

      Defendant(s).

Case No. 2:23-cv-09478-SB-MAR

ORDER TO SHOW CAUSE RE
LACK OF PROSECUTION

      The Court ordered Plaintiff to file a new proof of service of his First Amended Complaint (FAC) no later than February 23, 2024 (Dkt. No. 21), warning him that failure to do so would result in dismissal without prejudice. That deadline has passed and no new proof of service has been filed. The Court ORDERS Plaintiff to show cause in writing no later than 9:00 a.m. on February 29 why this case should not be dismissed for lack of prosecution in light of Plaintiff's failure to correct service. The Court SETS a hearing on the order to show cause at 8:30 a.m. on March 1. For this proceeding only, Plaintiff may request to appear remotely by filing a declaration indicating such a request.

      The Court will consider as an appropriate response to this order to show cause (OSC) the filing of a new proof of service of the FAC that reflects proper service by someone "not a party" under Federal Rule of Civil Procedure 4(c). If such a proof of service is filed, the OSC will be discharged and the March 1 hearing will be vacated without further order. Plaintiff's failure to timely file a response to this order or appear at the hearing will be deemed consent to dismissal without prejudice.

Date: February 26, 2024

                                     Stanley Blumenfeld, Jr.
                                  United States District Judge