JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JULES,<br><br>     Plaintiff,<br><br>v.<br><br>ANDRE BALAZS et al.,<br><br>     Defendants. | Case No. 2:23-cv-09478-SB-MAR<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order granting Defendants' motion to dismiss entered April 12, 2024, it is ORDERED AND ADJUDGED that Plaintiff Adrian Jules's claims against Defendants Andre Balazs and Chateau Holdings, Ltd., doing business as Chateau Marmont, are dismissed on the merits with prejudice.

This is a final judgment.

Date: April 15, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge